MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5,<br><br>         Plaintiff,<br><br>vs.<br><br>DESERT GARDEN HOMEOWNERS ASSOCIATION, INC.; and ALESSI & KOENIG, LLC,<br><br>         Defendants. | Case No.: 2:16-cv-00687-JAD-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL OF CLAIMS WITH PREJUDICE**<br><br>ECF No. 33 |

Plaintiff Deutsche Bank National Trust Company, as Trustee Under the Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-5 (**Deutsche**) and defendant Desert Garden Homeowners Association (**Desert Garden**), being the only parties to have appeared in this matter, and based on a settlement agreement reached by the parties, stipulate that all BANA's claims against Desert Garden in this litigation shall be dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

. . .

AKERMAN LLP
1635 Village Center Cir., Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Each party shall bear its own fees and costs.

DATED __29th__ day of May, 2019

| **AKERMAN LLP** | **LIPSON NEILSON, P.C.** |
|---|---|
| _/s/ Jamie K. Combs_ <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> AKERMAN LLP <br> 1635 Village Center Cir., Suite 200 <br> Las Vegas, NV 89134 <br> Telephone: (702) 634-5000 <br> Facsimile: (702) 380-8572 <br> _Attorneys for Plaintiff_ | _/s/ Peter E. Dunkley_ <br> PETER E. DUNKLEY, ESQ. <br> Nevada Bar No. 11110 <br> 9900 Covington Cross Drive, Suite 120 <br> Telephone: (702) 382-1500 <br> Facsimile: (702) 382-1512 <br><br> _Attorneys for Defendant Desert Garden Homeowners Association_ |

## ORDER

Based on the parties' stipulation **[ECF No. 33]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____

U.S. District Judge Jennifer A. Dorsey
Dated: May 30, 2019

43961972;1